**Dismissed and Opinion Filed November 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00962-CV

**WILLIAM BAKER, Appellant**
**V.**
**ROBERT BAKER, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02799-2016**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated September 14, 2016, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160962F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM BAKER, Appellant

No. 05-16-00962-CV     V.

ROBERT BAKER, Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-02799-2016.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Robert Baker recover his costs of this appeal from appellant William Baker.

Judgment entered this 7th day of November, 2016.